ACCEPTED
01-14-00684-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/21/2015 3:10:22 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00684-CV

<table>
<tr><td>

In the

Court of Appeals

For the

First District of Texas

At Houston

</td><td>

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/21/2015 3:10:22 PM

CHRISTOPHER A. PRINE
Clerk

</td></tr>
</table>

————◆————

**No. 2013-05802J**
In the 313th District Court
Of Harris County, Texas

————◆————

**IN THE MATTER OF M.I.S.**
*Appellant*
————◆————

STATE'S FOURTH MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE APPELLATE BRIEF

————◆————

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to **TEX. R. APP. P.** 10.1, 10.5(b) and 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, the State submits the following:

1.  Appellant was found to have engaged in delinquent conduct by committing the offense of aggravated robbery.

2.  The judge committed appellant to the custody of the Texas Juvenile Justice Department for 10 years.

3.  Appellant filed written notice of appeal on August 14, 2014.

4.  Appellant filed his brief on May 4, 2015.

5.      The State's reply brief is due on October 5, 2015.

6.      The State seeks an extension until October 21, 2015, to file its brief.

7.      The State's brief was filed today.

8.      This is the State's fourth request for an extension in this case.

9.      The following facts are relied upon to show good cause for the requested extension:

> My completion of this brief has been delayed by my work on two other appellate briefs this past month, as well as by my recent preparation for and presentation of an oral argument.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Dan McCrory
**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1901
(713) 755-5826
TBC No. 13489950
Mccrory_daniel@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been sent to the following email addresses via TexFile:

Cheri Duncan
Amalia Beckner
Assistant Public Defenders
Cheri.duncan@pdo.hctx.net
amaliabeckner@pdo.hctx.net

/s/ Dan McCrory
**DAN MCCRORY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1901
(713) 755-5826
TBC No. 13489950

Date:  October 21, 2015